1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA        **JS-6**

| | |
|---|---|
| ANTONIO VALERIO, | Case No. **CV 10-7470 CAS (JCX)** |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | [Fed. R. Civ. P 41(a)(1)(A)(ii)] |
| BANK OF AMERICA CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive, | Assigned to the Hon. Christina A. Snyder |
| Defendants. | Action Filed:  September 1, 2010 |

1

ORDER DISMISSING ACTION
DWT 16071418v1 4900000-001191

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**ORDER**

Pursuant to stipulation by and between plaintiff Antonio Valerio ("Plaintiff"), on the one hand, and defendant Banc of America Card Servicing Corporation, incorrectly named as Bank of America Corporation, ("Defendant"), on the other hand, this action is dismissed in its entirety and as to Defendant specifically, with prejudice. Each party to bear his/its own attorneys' fees and costs.

DATED: December 22, 2010

_____
The Honorable Christina A. Snyder
United State District Court Judge

ORDER DISMISSING ACTION
DWT 16071418v1 4900000-001191

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899